UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BABAK REZAPOUR,<br><br>        Defendant. | Case No. 2:18-CR-236-RSL<br><br>ORDER DENYING<br>DEFENDANT'S MOTION<br>TO PRESERVE EVIDENCE |

This matter comes before the Court on defendant's "Motion to Preserve Evidence." Dkt. #25. Defendant was charged with Abusive Sexual Contact in Special Aircraft Jurisdiction on September 27, 2018. Dkt. #13. He requests an order "directing the government to preserve any and all handwritten notations, memos, and any such similar evidence prepared by agents or investigators in this case." Id. at 1. There are no discovery disputes pending before the Court. The Court assumes that the government understands its discovery obligations, as mandated by the Constitution, local rules, and applicable case law. It accepts the government's representation that it will comply with them. See Dkt. #26 at 2. The requested order is unnecessary and premature. Defendant's motion is DENIED.

DATED this 17th day of December, 2018.

Robert S. Lasnik
United States District Judge