UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>BABAK REZAPOUR,<br><br>                      Defendant. | Case No. CR18-236 RSL<br><br>~~PROPOSED~~ ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the motion filed by the Defendants requesting a continuance of the pretrial motions deadline.

In light of the circumstances that are presented in the Defendant's motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). THE COURT also finds that the failure to grant a continuance of the pretrial motions deadline date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public.

Accordingly, THE COURT ORDERS that the pretrial motions deadline shall be set for August 26, 2019.

PROPOSED ORDER CONTINUING
PRETRIAL MOTIONS DEADLINE- 1

CR18-236 RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534

DONE this 21st day of August, 2019.

_____
ROBERT LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Robert Flennaugh II
Robert Flennaugh II
Counsel for Babak Rezapour

PROPOSED ORDER CONTINUING
PRETRIAL MOTIONS DEADLINE- 2

CR18-236 RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534