UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BABAK REZAPOUR,

    Defendant.

Case No. CR18-236 RSL

~~PROPOSED~~ ORDER WAIVING DEFENDANT'S PRESENCE

THE COURT has considered the motion filed by the Defendant requesting a waiver of the defendant's presence at the superseding indictment arraignment scheduled for September 12, 2019.

In light of the circumstances that are presented in the Defendant's motion, THE COURT hereby waives the defendant's presence to the superseding indictment arraignment.

DONE this 10th day of September, 2019.

_____
Brian Tsuchida
United States Magistrate Judge

PROPOSED ORDER WAIVING
DEFENDANT'S PRESENCE- 1

CR18-236 RSL

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534