The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BABAK REZAPOUR,<br><br>Defendant. | NO. CR18-236RSL<br><br>[Proposed]<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF SIX PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Six Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its Reply in Support of Motion to Admit Evidence of Defendant's Prior Sexual Assault Under Rules 413 and 404(b) that does not exceed thirteen pages in length.

DATED this 24th day of September, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Marie M. Dalton*
MARIE M. DALTON
JAMES D. OESTERLE
Assistant United States Attorneys

Order Granting United States' Motion to File a Response in Excess of 12 Pages
(UNITED STATES v. AUBREY TAYLOR / CR16-300 RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970