UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BABAK REZAPOUR,<br><br>Defendant. | No. CR18-236 RSL<br><br>~~(Proposed)~~<br>ORDER TO SEAL |

The court, having considered the defense motion to seal the Defendant's Motion to Admit Evidence Under Rule 412 and good cause having been shown, hereby orders that said pleading shall be sealed.

DATED this 11th day of ~~September~~ October, 2019

_____
The Honorable Robert Lasnik
UNITED STATES DISTRICT COURT JUDGE

~~PROPOSED~~ ORDER TO SEAL - 1
Case No. CR18-174 RAJ

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422