1

2

3

4

5

6                  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7                         AT SEATTLE

8

UNITED STATES OF AMERICA,

9                 Plaintiff,        No.  CR18-236 RSL

10                           (Proposed)
     v.                         ORDER TO SEAL
11

BABAK REZAPOUR,

12

               Defendant.
13

14

15       The court, having considered the defense motion to seal the Defendant's Opposition

16 to Government's Motion In Limine to Preclude Evidence and good cause having been

17 shown, hereby orders that said pleading shall be sealed.

18

19 DATED this 31st day of October, 2019

20

21                                   _____

22                The Honorable Robert Lasnik
               UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422