Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BABAK REZAPOUR,<br><br>Defendant. | NO. CR18-236RSL<br><br>[PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Opposition to Defense Motion to Admit Evidence Under Rule 412, shall remain sealed.

DATED this 1st day of November, 2019.

ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Marie M. Dalton
MARIE M. DALTON
Assistant United States Attorney

Order to Seal
U.S. v. Rezapour, CR18-236RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970