THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BABAK REZAPOUR<br><br>                    Defendant. | CASE NO. CR18-236 RSL<br><br>ORDER TO GRANT UNOPPOSED MOTION FOR RETURN OF PASSPORT |

THIS MATTER comes before the Court on Babak Rezapour's unopposed motion to return his passport. The Court has reviewed the motion and records in this case.

IT IS NOW ORDERED that the Clerk of the Court release Mr. Rezapour's passport to Mr. Rezapour directly at the address stated in the motion.

DATED this 11th day of January, 2023.

*signature*
Robert S. Lasnik
United States District Judge

Presented by
*/s/Robert Flennaugh II*
Attorney for Babak Rezapour

Order - 1
CR18-236 RSL